**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-2262**

In re:  MOMOLU V.S. SIRLEAF, Priest, Commonwealth of Israel,

Petitioner.

On Petition for Writ of Mandamus.  (3:17-cv-00606-MHL-RCY)

Submitted:  April 4, 2019                    Decided:  April 23, 2019

Before GREGORY, Chief Judge, NIEMEYER, Circuit Judge, and SHEDD, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Momolu V.S. Sirleaf, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Momolu V.S. Sirleaf petitions for a writ of mandamus, alleging the district court has not filed certain motions in his case. He seeks an order from this court directing the district court to file the motions. Our review of the district court's docket reveals that the district court has filed the motions. Accordingly, because the district court has acted in Sirleaf's case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*